**Order entered December 30, 2021**



# In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00322-CR
## No. 05-21-00324-CR

### ANGEL FABELA PADILLA, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-84016-2019**

## ORDER

Before the Court are appellant's December 28, 2021 second motions for extensions of time to file his brief. We **GRANT** the motions and **ORDER** appellant's brief due on or before January 26, 2022.

/s/    LANA MYERS
        JUSTICE